IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00156-BNB

SIRRLOVE REESE WILLIAMS,

    Plaintiff,

v.

NURSE MONICA, and
MAJOR CONNORS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 18 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's motion titled "Motion to Amend Run Cases Together," filed on February 13, 2009. Plaintiff seeks to consolidate the instant pending case with two other cases, one of which is dismissed, he also initiated in this Court. The motion is DENIED.

Dated: February 18, 2009

Copies of this Minute Order were mailed on February 18, 2009, to the following:

Sirrlove R. Williams
Prisoner No. 1613915
Denver County Jail
P.O. Box 1108
Denver, CO 80201

                                                Secretary/Deputy Clerk